SUSSEX CORRECTION INSTITUTION
P.O. Box 500
Georgetown, DE 19947
February 1, 2008

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801



To Whom It May Concern:

Please find herein enclosed the original and nine copies, as required by the District Court Rules, for filing and service upon the defendants listed and the Attorney General for the State of Delaware of my 1983 Complaint.

Additionally, I am seeking to proceed in forma pauperis; however, the institution has not yet processed my request for a six-month statement of my inmate account activity. As soon as I receive this statement from the institution, I will forward it to your office.

I appreciate your patience in this matter.

Sincerely,

Ben Roten
SBI No. 00520385
DOB 08-27-79
MSB - E Tier