08-81

## *Average Daily Balance For Pauper Filing*
### *For Days the Individual was in Residence at SCI from 8/1/2007 through 1/31/2008*

**SBI: 00520385**          **NAME:    ROTEN, BEN**

| Date | Balance |
|---|---|
| 08/01/2007 | $57.33 |
| 08/02/2007 | $48.08 |
| 08/03/2007 | $48.08 |
| 08/04/2007 | $48.08 |
| 08/05/2007 | $48.08 |
| 08/06/2007 | $48.08 |
| 08/07/2007 | $48.08 |
| 08/08/2007 | $48.08 |
| 08/09/2007 | $0.26 |
| 08/10/2007 | $0.26 |
| 08/11/2007 | $0.26 |
| 08/12/2007 | $0.26 |
| 08/13/2007 | $0.26 |
| 08/14/2007 | $0.26 |
| 08/15/2007 | $0.26 |
| 08/16/2007 | $0.00 |
| 08/17/2007 | $0.00 |
| 08/18/2007 | $0.00 |
| 08/19/2007 | $0.00 |
| 08/20/2007 | $0.00 |
| 08/21/2007 | $16.26 |
| 08/22/2007 | $16.26 |
| 08/23/2007 | $0.29 |
| 08/24/2007 | $0.29 |
| 08/25/2007 | $0.29 |
| 08/26/2007 | $0.29 |
| 08/27/2007 | $0.29 |
| 08/28/2007 | $0.29 |
| 08/29/2007 | $0.29 |
| 08/30/2007 | $0.29 |
| 08/31/2007 | $0.29 |
| 09/01/2007 | $0.29 |
| 09/02/2007 | $0.29 |
| 09/03/2007 | $0.29 |
| 09/04/2007 | $0.29 |
| 09/05/2007 | $0.29 |
| 09/06/2007 | $0.29 |
| 09/07/2007 | $0.29 |
| 09/08/2007 | $0.29 |
| 09/09/2007 | $0.29 |
| 09/10/2007 | $0.29 |
| 09/11/2007 | $0.29 |
| 09/12/2007 | $0.29 |
| 09/13/2007 | $0.29 |
| 09/14/2007 | $0.29 |
| 09/15/2007 | $0.29 |
| 09/16/2007 | $0.29 |
| 09/17/2007 | $0.29 |


FILED

FEB 13 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

Printed: 2/5/2008          *Average Daily Balance For Pauper Filing*          Page 2 of 4
*For Days the Individual was in Residence at SCI from 8/1/2007 through 1/31/2008*

SBI: *00520385*          NAME:    *ROTEN, BEN*

| Date | Balance |
|---|---|
| 09/18/2007 | $0.29 |
| 09/19/2007 | $0.29 |
| 09/20/2007 | $0.29 |
| 09/21/2007 | $0.29 |
| 09/22/2007 | $0.29 |
| 09/23/2007 | $0.29 |
| 09/24/2007 | $0.29 |
| 09/25/2007 | $60.29 |
| 09/26/2007 | $58.09 |
| 09/27/2007 | $0.37 |
| 09/28/2007 | $0.37 |
| 09/29/2007 | $0.37 |
| 09/30/2007 | $0.37 |
| 10/01/2007 | $0.37 |
| 10/02/2007 | $0.37 |
| 10/03/2007 | $0.37 |
| 10/04/2007 | $0.37 |
| 10/05/2007 | $0.37 |
| 10/06/2007 | $0.37 |
| 10/07/2007 | $0.37 |
| 10/08/2007 | $0.37 |
| 10/09/2007 | $0.37 |
| 10/10/2007 | $0.37 |
| 10/11/2007 | $0.37 |
| 10/12/2007 | $0.37 |
| 10/13/2007 | $0.37 |
| 10/14/2007 | $0.37 |
| 10/15/2007 | $0.37 |
| 10/16/2007 | $0.37 |
| 10/17/2007 | $0.37 |
| 10/18/2007 | $0.37 |
| 10/19/2007 | $0.37 |
| 10/20/2007 | $0.37 |
| 10/21/2007 | $0.37 |
| 10/22/2007 | $0.37 |
| 10/23/2007 | $0.37 |
| 10/24/2007 | $0.37 |
| 10/25/2007 | $0.37 |
| 10/26/2007 | $0.37 |
| 10/27/2007 | $0.37 |
| 10/28/2007 | $0.37 |
| 10/29/2007 | $0.00 |
| 10/30/2007 | $0.00 |
| 10/31/2007 | $0.00 |
| 11/01/2007 | $0.00 |
| 11/02/2007 | $0.00 |
| 11/03/2007 | $0.00 |
| 11/04/2007 | $0.00 |

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 8/1/2007 through 1/31/2008*

SBI: *00520385*    NAME:    *ROTEN, BEN*

| Date | Balance |
| --- | --- |
| 11/05/2007 | $0.00 |
| 11/06/2007 | $0.00 |
| 11/07/2007 | $0.00 |
| 11/08/2007 | $0.00 |
| 11/09/2007 | $0.00 |
| 11/10/2007 | $0.00 |
| 11/11/2007 | $0.00 |
| 11/12/2007 | $0.00 |
| 11/13/2007 | $0.00 |
| 11/14/2007 | $0.00 |
| 11/15/2007 | $0.00 |
| 11/16/2007 | $0.00 |
| 11/17/2007 | $0.00 |
| 11/18/2007 | $0.00 |
| 11/19/2007 | $0.00 |
| 11/20/2007 | $0.00 |
| 11/21/2007 | $0.00 |
| 11/22/2007 | $0.00 |
| 11/23/2007 | $0.00 |
| 11/24/2007 | $0.00 |
| 11/25/2007 | $0.00 |
| 11/26/2007 | $0.00 |
| 11/27/2007 | $0.00 |
| 11/28/2007 | $0.00 |
| 11/29/2007 | $0.00 |
| 11/30/2007 | $0.00 |
| 12/01/2007 | $0.00 |
| 12/02/2007 | $0.00 |
| 12/03/2007 | $0.00 |
| 12/04/2007 | $0.00 |
| 12/05/2007 | $0.00 |
| 12/06/2007 | $0.00 |
| 12/07/2007 | $0.00 |
| 12/08/2007 | $0.00 |
| 12/09/2007 | $0.00 |
| 12/10/2007 | $0.00 |
| 12/11/2007 | $0.00 |
| 12/12/2007 | $0.00 |
| 12/13/2007 | $0.00 |
| 12/14/2007 | $0.00 |
| 12/15/2007 | $0.00 |
| 12/16/2007 | $0.00 |
| 12/17/2007 | $0.00 |
| 12/18/2007 | $0.00 |
| 12/19/2007 | $0.00 |
| 12/20/2007 | $0.00 |
| 12/21/2007 | $0.00 |
| 12/22/2007 | $0.00 |

## *Average Daily Balance For Pauper Filing*

*For Days the Individual was in Residence at SCI from 8/1/2007 through 1/31/2008*

**SBI: 00520385**      **NAME:**    **ROTEN, BEN**

| Date | Balance |
|---|---|
| 12/23/2007 | $0.00 |
| 12/24/2007 | $0.00 |
| 12/25/2007 | $0.00 |
| 12/26/2007 | $94.47 |
| 12/27/2007 | $94.47 |
| 12/28/2007 | $94.47 |
| 12/29/2007 | $94.47 |
| 12/30/2007 | $94.47 |
| 12/31/2007 | $94.47 |
| 01/01/2008 | $94.47 |
| 01/02/2008 | $44.47 |
| 01/03/2008 | $2.06 |
| 01/04/2008 | $2.06 |
| 01/05/2008 | $2.06 |
| 01/06/2008 | $2.06 |
| 01/07/2008 | $2.06 |
| 01/08/2008 | $2.06 |
| 01/09/2008 | $2.06 |
| 01/10/2008 | $27.06 |
| 01/11/2008 | $27.06 |
| 01/12/2008 | $27.06 |
| 01/13/2008 | $27.06 |
| 01/14/2008 | $27.06 |
| 01/15/2008 | $27.06 |
| 01/16/2008 | $27.06 |
| 01/17/2008 | $2.07 |
| 01/18/2008 | $2.07 |
| 01/19/2008 | $2.07 |
| 01/20/2008 | $2.07 |
| 01/21/2008 | $2.07 |
| 01/22/2008 | $2.07 |
| 01/23/2008 | $2.07 |
| 01/24/2008 | $2.07 |
| 01/25/2008 | $2.07 |
| 01/26/2008 | $2.07 |
| 01/27/2008 | $2.07 |
| 01/28/2008 | $2.07 |
| 01/29/2008 | $0.10 |
| 01/30/2008 | $0.10 |
| 01/31/2008 | $0.10 |

*Summary for 'SBI' = 00520385 (184 detail records)*      **Average Daily Balance:**    **$8.17**

# Prior Month -- Individual Statement

Date Printed: 2/5/2008                                                                  Page 1 of 1

## For Month of August 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $57.33 |
|---|---|---|---|---|---|---|
| 00520385 | ROTEN | BEN | | | | |
| Current Location: | MULTI SEC E | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | CHARLES DAISEY | 8/2/2007 | $20.00 | $0.00 | $0.00 | $0.00 | $77.33 |
| Commissary | | 8/2/2007 | ($29.25) | $0.00 | $0.00 | $0.00 | $48.08 |
| Commissary | | 8/9/2007 | ($47.82) | $0.00 | $0.00 | $0.00 | $0.26 |
| Medical | | 8/16/2007 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.26 |
| Medical | | 8/16/2007 | ($0.26) | ($3.74) | $0.00 | $0.00 | $0.00 |
| Visit MO | C METCALF | 8/21/2007 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Medical | | 8/21/2007 | ($3.74) | $0.00 | $0.00 | $0.00 | $16.26 |
| Commissary | | 8/23/2007 | ($15.97) | $0.00 | $0.00 | $0.00 | $0.29 |
| Postage | | 8/29/2007 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.29 |
| | | | | | Ending Mth Balance: | | $0.29 |

# Prior Month -- Individual Statement

Date Printed: 2/5/2008                                                       Page 1 of 1

## For Month of September 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.29 |
|---|---|---|---|---|---|---|
| 00520385 | ROTEN | BEN | | | | |
| Current Location: | MULTI SEC E | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage-Com | | 9/10/2007 | $0.00 | $0.00 | ($1.76) | $0.00 | $0.29 |
| Mail MO | DEVONSHIRE | 9/25/2007 | $60.00 | $0.00 | $0.00 | $0.00 | $60.29 |
| Postage | | 9/26/2007 | ($0.44) | $0.00 | $0.00 | $0.00 | $59.85 |
| Postage-Com | | 9/26/2007 | ($1.76) | $0.00 | $0.00 | $0.00 | $58.09 |
| Commissary | | 9/27/2007 | ($57.72) | $0.00 | $0.00 | $0.00 | $0.37 |
| | | | | | Ending Mth Balance: | | $0.37 |

# Prior Month -- Individual Statement

Date Printed: 2/5/2008                                                                          Page 1 of 1

## For Month of October 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.37 |
|---|---|---|---|---|---|---|
| 00520385 | ROTEN | BEN | | | | |
| Current Location: | MULTI SEC E | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage-Com | | 10/4/2007 | $0.00 | $0.00 | ($1.76) | $0.00 | $0.37 |
| Postage-Com | | 10/29/2007 | ($0.37) | $0.00 | ($1.39) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 2/5/2008                                                                              Page 1 of 1

## For Month of November 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00520385 | ROTEN | BEN | | | | |
| Current Location: | MULTI SEC E | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage-Com | | 11/1/2007 | $0.00 | $0.00 | ($1.76) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 2/5/2008                                                                          Page 1 of 1

## For Month of December 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00520385 | ROTEN | BEN | | | | |
| Current Location: | MULTI SEC E | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Copies | | 12/17/2007 | $0.00 | $0.00 | ($0.75) | $0.00 | $0.00 |
| Copies | | 12/17/2007 | $0.00 | $0.00 | ($0.75) | $0.00 | $0.00 |
| Postage | | 12/17/2007 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.00 |
| Postage | | 12/17/2007 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.00 |
| Mail MO | JOANN ROTEN | 12/26/2007 | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 |
| Postage-Com | | 12/26/2007 | ($1.39) | $0.00 | $0.00 | $0.00 | $98.61 |
| Postage-Com | | 12/26/2007 | ($1.76) | $0.00 | $0.00 | $0.00 | $96.85 |
| Copies | | 12/26/2007 | ($0.75) | $0.00 | $0.00 | $0.00 | $96.10 |
| Copies | | 12/26/2007 | ($0.75) | $0.00 | $0.00 | $0.00 | $95.35 |
| Postage | | 12/26/2007 | ($0.44) | $0.00 | $0.00 | $0.00 | $94.91 |
| Postage | | 12/26/2007 | ($0.44) | $0.00 | $0.00 | $0.00 | $94.47 |
| Copies | | 12/31/2007 | $0.00 | $0.00 | ($0.75) | $0.00 | $94.47 |
| Postage | | 12/31/2007 | $0.00 | $0.00 | ($0.61) | $0.00 | $94.47 |
| Postage | | 12/31/2007 | $0.00 | $0.00 | ($0.61) | $0.00 | $94.47 |
| | | | | | Ending Mth Balance: | | $94.47 |

# Prior Month -- Individual Statement

Date Printed: 2/5/2008                                                                    Page 1 of 1

## For Month of January 2008

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $94.47 |
|-----|-----------|-----------|-----|--------|------------------|--------|
| 00520385 | ROTEN | BEN | | | | |
| Current Location: | MULTI SEC E | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Pay-To | BETTY OLIPHANT | 1/2/2008 | ($50.00) | $0.00 | $0.00 | $0.00 | $44.47 |
| Commissary | | 1/3/2008 | ($42.41) | $0.00 | $0.00 | $0.00 | $2.06 |
| Mail MO | TONI DIFILIPPO | 1/10/2008 | $25.00 | $0.00 | $0.00 | $0.00 | $27.06 |
| Commissary | | 1/17/2008 | ($24.99) | $0.00 | $0.00 | $0.00 | $2.07 |
| Copies | | 1/29/2008 | ($0.75) | $0.00 | $0.00 | $0.00 | $1.32 |
| Postage | | 1/29/2008 | ($0.61) | $0.00 | $0.00 | $0.00 | $0.71 |
| Postage | | 1/29/2008 | ($0.61) | $0.00 | $0.00 | $0.00 | $0.10 |
| Copies | | 1/30/2008 | $0.00 | $0.00 | ($2.00) | $0.00 | $0.10 |
| | | | | | Ending Mth Balance: | | $0.10 |

## REQUEST FORM
### FOR
### INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: Roten     Benny                SBI Number: 520385

(Last)      (First)      (M.I.)

Housing Unit: MSB   E-tier

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_____          _____
Inmate Signature                              Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.                    RECEIVED
                                   SCI Business Office

Date received by business office: ___JAN 3 0 2008___

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 28, 2009

## INMATE ACCOUNT STATEMENT

TO:    Inmate Name: _Roten_____ _Benny_____
                   (Last)              (First)       (M.I.)
       SBI Number: _520385_____
       Housing Unit: _MSB    E teir_____

FR:    Inmate Account Technician

DA:

RE:    Summary Of Account

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Attached is your account statement for the six month period of _8/1_, _2007_
through _1/31_, _2008_.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this
period is $ _8.17_ .

Attachment

_Phyllis Redden_____
Notary

PHYLLIS REDDEN
Notary Public, State of Delaware
My Commission Expires Oct. 31, 2009

I/M: Benny Roten #500365 BLDG: MSB E-tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

1138   U.S. POSTAGE   PB 2230370
7981   $00.580   FEB 12 08
2170   19947

= Clerk 11
U.S. District Co
Lockbox 18
844 N. King Street
Wilmington, DE
19801

"M.S.
RAY"

2-8-08

To The Clerk of Court,          08-81
    On 2-1-08 I filed a 1983
form, and a forma Pauperis form.
This is my Six Month account
statement for the forma Pauperi's form.

            Thank You for waiting

                    Benny Roten

                    Benny Roten #520385
                    P.O. Box 500
                    Georgetown, DE
                        19947



FILED

FEB 13 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned