Sussex Correctional Institution
MSB – E tier
P.O. Box 500
Georgetown, DE 19947
February 22, 2008

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801-0357

                        In re:  Ben Roten, Plaintiff, v. Carl Danberg, et al.
                                  C. A. No. 08-81-JJF

To Whom It May Concern:

I am in receipt of the Order granting me *forma pauperis* status to proceed with my action along with the Authorization, which I have signed and enclosed as you requested.

I have noted a typographical error in the caption that appears on both the Order and Authorization. The second-listed Defendant is not Mike Deby, but Mike Deloy. I can see how such an error in reading my "l" and "o" as a "b" would be possible. My question to you is this: Does this constitute sufficient notice to have the error corrected or do you require a formal motion to be filed to remove "Mike Deby" and amend the complaint to include "Mike Deloy"? I wish to prepare the Marshall forms as soon as possible to serve on all parties and would like this error corrected before I do so. Would you please notify me as to what is the proper procedure?

I look forward to your response.

Sincerely,

*[signature]*

Ben Roten
MSB – E tier
SBI No. 00520385

FILED
FEB 27 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M: BENNY RONEY #520385
BLDG: MSB-AE-tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET
LOCKBOX 18
WILMINGTON, DE 19801-3570