In The United States District Court
For The District of Delaware

Ben Roten
    Plaintiff,

V.

Carl Danberg, et al
    Defendants,

Civil Action No. 08-81-JJF



FILED
MAR - 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion for Appointment of Counsel

Comes now the Plaintiff Ben Roten to ask this Honorable Court to grant him this motion for appointment of Counsel based on the grounds below.

① The Plaintiff has never filed a civil action case before, And does not know all of the proper Procedures to follow in a civil action.

② The Plaintiff does not know all of the Delaware Codes, and laws, or all of the federal codes, and laws, That all of the Defendants above have violated.

(1)

③ The Plaintiff is a simple talking man from North Carolina, Who is not educated in the ways of law, And who is only educated with a "GED".

④ By the Plaintiff having appointed Counsel, The Counsel would be able to file all of the proper Paper work and motions that the Plaintiff does not Know about.

For all of the reasons above I pray this Honorable Court grants this motion for appointment of Counsel.

Sincerly  Ben Roten

Ben Roten #520385
P.O. Box 500
Georgetown, Del, 19947

Date: 2-26-08

②

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Ben Roten, Plaintiff, in accordance with the Local Rules, do hereby certify that I have served a true and correct copy of the attached Motion for Appointment of Counsel, upon the following persons:

1. Carl Danberg, Commissioner of Corrections, at 245 McKee Road, Dover, DE 19904

2. Mike Deloy, Warden, at Sussex Correctional Institution,
   Rte. 113, P.O. Box 500, Georgetown, DE 19947

3. Jill Mosser, Sussex Correctional Institution, Medical Department,
   Rte. 113, P.O. Box 500, Georgetown, DE 19947

4. Director of CMS, 12647 Olive Boulevard, St. Louis, MO 63141

5. Dr. Lawrence McDonald, Sussex Correctional Institution, Medical Department,
   Rte. 113, P.O. Box 500, Georgetown, DE 19947

6. Diane Miller, Sussex Correctional Institution, Medical Department,
7. Rte. 113, P.O. Box 500, Georgetown, DE 19947

8. Richard Kearney, Bureau Chief, at 245 McKee Road, Dover, DE 19904

9. Joseph R. Biden, III, Attorney General, 820 N. French Street, Wilmington, DE 19801

By placing same in sealed, postage pre-paid envelopes and depositing same in the United States Mail at Sussex Correctional Institution, Rte. 113, P.O. Box 500, Georgetown, DE 19947.

This 26th day of February, 2008.

I/M: Ben Roten #520365
BLDG: MSB E tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

J.S.M.
X-RAY

Clerk of U.S. District –
844 N King Street
Lock box 18
Wilmington, Del
19801