In The United States District Court
For The District of Delaware

Ben Roten )
   Plaintiff, ) Civil Action No. 08-81-JJF
)
V. )
)
Carl Danberg, et al )
)
   Defendants, )
)



Ro scanned

## Motion for Response from the Defendants

Comes now the Plaintiff Ben Roten to ask this Honorable Court to grant him this motion for the Defendants to respond to the civil suit filed by the plaintiff Ben Roten Civil Action No. 08-81-JJF based on the grounds below.

① The Plaintiff filed the Civil Action Suit on febuary the first 2008, followed by the service of the Marshall Papers. It is now April the first 2008, And the Plaintiff has not had any response from the Defendants.

② The Plaintiff feels that the Defendants have had enough time to respond to the allegations in the Civil Complaint.

①

For all of the reasons above the Plaintiff Pray's that this Honorable Court will grant this Motion for the Defendants to respond to the Allegations in the Civil Complaint in a timely manner.

Sincerly Ben Roten

Ben Roten #520385
P.O. Box 500
Georgetown, DE, 19947

Date: 4-1-08

In The United States District Court
For The District of Delaware

Certificate of Service

I, Ben Roten, Plaintiff, in accordance with the local rules, do hereby certify that I have served a true and correct copy of the attached Motion for Response upon the following Person's:

① Carl Danberg, Commissioner of Corrections, at 245 Mckee Rd, Dover, DE 19904

② Mike Deloy, Warden at S.C.I. Rte. 113, P.O. Box 500, Georgetown, De 19947

③ Jill Mosser, S.C.I Medical Department Rte. 113, P.O. Box 500 Georgetown, DE, 19947

④ Director of CMS, 12647 Olive Boulevard, St Louis MO, 63141

⑤ Dr. Lawrence McDonald S.C.I. Medical Department Rte 113, P.O Box 500 Georgetown, DE 19947

⑥ Diane Miller S.C.I. Medical Department Rte 113, P.O. Box 500 Georgetown, DE 19947

⑦ Richard Kearney, Bureau Chief at 245 Mckee Road, Dover, DE 19904

⑧ Joseph R. Biden, III, Attorney General, at 820 N. French St Wilmington, DE, 19801

By Placing same in sealed, Postage Pre Paid envelopes and depositing same in the U.S. Mail at SCI, on 4-1-08.

Ben Roten

```
Ben Roten  #520385
         BLDG: MSR  F-tier
SEX CORRECTIONAL INSTITUTION
. BOX 500
RGETOWN, DELAWARE  19947
```

```
                                    U.S. POSTAGE  PB 2230370
                                    $00.580  APR 03 08
                                                 19947
```

Clerk US District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801