To The Clerk;

08-81

I am writting to ask you, why have I not received any service from the Marshall Papers, I mailed them from the law libary to Your Office in the middle of Febuary.

Thank you for any help In This matter,



Sincerly

Ben Roten #520585

P.O. Box 500
Georgetown, DE 19947

4-1-08