To The Clerk of Court;  7-24-08

Dear Clerk, My name is Ben Roten SBI # 520385, I am writing to you about the case of Ben Roten v Carl Danberg, et.al # 1:08-cv-81 JJF. The reason is, that I recieved a letter on 5-28-08 saying that the USM 285 form had been served on the Attorney General Joseph R. Biden III. But I have not recieved a letter saying that the form has been served on Doctor Lawrence McDonald. So I was wanting to know if the form has been served on DR McDonald, And if so what do I need to do next. And if not what do I need to file or to do to get the form served on DR McDonald.

Thank you for any help you can give me in this matter.

Sincerly Ben Rt

Ben Roten # 520385
SCI P.O. Box 500
Georgetown, DE 19947


FILED
JUL 3 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

I/M: Ben Hatch
BLDG: [illegible]
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk
United States District Court
844 N. King St, Lockbox 18
Wilmington DE
19801-3570

$ 000.42