In The United States District Court
For The District of Delaware

Ben Roten
    Plaintiff,

V.

Carl Danberg, et al
    Defendant

Civil Action No. 08-81-JJF



FILED
AUG 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion to Amend the Civil Complaint

Comes now the Plaintiff Ben Roten to ask this Honorable Court to grant him this motion to amend the Civil Complaint. On Page three number five on the complaint form, It ask what relief the Plaintiff is asking for. I would like to add to the part where I said that I would want all of the parties involved to Pay Punitive damages. I would like to add the sum of two and a half million dollars in Punitive damages, So It would read like, I would want the Defendant to pay the sum of two and a half million dollars in Punitive damages. And I would also like to change the name of the Defendant on the caption from Carl Danberg, et. al to Doctor Lawrence McDonald, So the caption would read, Ben Roten V. DR Lawrence McDonald, based on the following grounds,

(1)

① When I first filed the complaint, I did not know that I was suppose to put down a certain amount of money on the Punitive damages, I thought I was just suppose to ask for Punitive damages, And if I won the case, the Judge or Jury would decide how much money I should get. But the way I have it worded "The party involved should pay Punitive damages." The defendant could just give me one dollar, and say he paid Punitive damages, If I win the case.

② Ever since I have filed the law suit, I have not been able to see a Doctor to get medical treatment. See I am a Chronic Care Patient because I have Psoriasis on my arms, and legs, and now it is spreading on my face, and under my eyes, And I have been filling sick calls to see a Doctor to try to get medication for my face, and for it under my eyes ever since at least March, And I have still not been able to see a Doctor. And me being on Chronic care, I am suppose to see a Doctor ever ninety days, And I have not seen a Doctor since October of 2007. So not only is there Pain, and suffering from the mental stress, But there is also pain, and suffering because I can not see a Doctor to get the Proper medication for the Psoriasis that is on my face, and under, and around my eyes, So there is Physical damage.

③ I would like to change the caption from Ben Roten V. Carl Danberg to Ben Roten V. DR Lawrence McDonald, Because Your Honor dissmiss all of the defendant's off of the case besides DR Lawrence McDonald. So it would suit the case better if his name was on the caption, because he is the only defendant, in the case.

②

For all of the reason's above, I pray that this Honorable Court will grant this motion to amend the civil complaint.

Sincerely, Ben Roten

Ben Roten #520385
SCI P.O. Box 500
Georgetown, DE 19947

③

In The United States District Court
For The District of Delaware

## Certificate of Service

I Ben Roten Plaintiff in accordance with the local rules, do hereby certify that I have served a true and correct copy of the attaced motion to amend the civil complaint upon the following Persons:

1. Doctor Lawrence McDonald, SCI Medical Department Route 113, P.O. Box 500 Georgetown, DE 19947

2. Joseph R. Biden, III, Attorney General, at 820 N. French St Wilmington, DE 19801

By Placing the same in a sealed Postage Pre-Paid envelopes, and depositing the same in the U.S. Mail at SCI Law Libary on, 8-8-08

Ben Roten

Ben Roten #520385
SCI P.O. Box 500
Georgetown, DE 19947

(4)

I/M: Ben Boten #520383  BLDG: MSB A-tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE
              19801-3570

